UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEPHEN F. DAVIS

VERSUS

CIVIL ACTION NO.: 08-607-JVP-CN

PETE GEREN, Secretary of the Army,
MGEN BENNETT LANDRENAU, The
Adjutant General of the State of Louisiana,
COL JONATHAN BALL, Commanding
Officer, Recruiting and Retention Command

## ORDER

The court after conferring with all counsel hereby **DENIES** the Motion for Temporary Restraining Order (doc. 2) on the grounds that no irreparable injury has been established.

Baton Rouge, Louisiana, September 25, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA